# ELECTRONIC RECORD

COA # 02-14-00247-CR          OFFENSE: 49.08

STYLE: Marcus Edward Click v. The State of Texas          COUNTY: Hood

COA DISPOSITION: AFFIRMED          TRIAL COURT: 355th District Court

DATE: 02/26/15          Publish: NO   TC CASE #: CR12270

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Marcus Edward Click v. The State of Texas          CCA #: **326-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: 05/13/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**